No. D–715.  IN RE DISBARMENT OF YOUTS.  Disbarment entered.  [For earlier order herein, see 486 U. S. 1052.]

No. D–737.  IN RE DISBARMENT OF WEATHERLY.  It is ordered that Gerald Weatherly, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–738.  IN RE DISBARMENT OF BURKE.  It is ordered that Jerome Joseph Burke, Jr., of West Hempstead, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–739.  IN RE DISBARMENT OF BENJAMIN.  Motion of Ronald R. Benjamin to be suspended from the practice of law in this Court for six months, *nunc pro tunc*, denied.  It is ordered that Ronald R. Benjamin, of Binghamton, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–201.  MANSELL v. MANSELL.  Ct. App. Cal., 5th App. Dist.  [Probable jurisdiction noted, 487 U. S. 1217.]  Motion of the Solicitor General for leave to file a brief as *amicus curiae* out of time granted.

No. 87–1245.  TEXAS MONTHLY, INC. v. BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, ET AL.  Ct. App. Tex., 3d Dist.  [Probable jurisdiction noted, 485 U. S. 958.]  Motion of appellant for leave to file a reply brief out of time denied.

No. 87–1383.  UNITED STATES v. HALPER.  D. C. S. D. N. Y.  [Probable jurisdiction noted, 486 U. S. 1053.]  John G. Roberts, Jr., Esq., of Alexandria, Va., a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 87–1868.  MEAD CORP. v. TILLEY ET AL.  C. A. 4th Cir.  [Certiorari granted, *ante*, p. 815.]  Motion of respondents to substitute Richard H. Wall, Executor of the Estate of David H. Wall, in place of David H. Wall, deceased, denied.